NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-5080

CAPTAIN ROSS E. JOSLYN,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in case no. 08-CV-925, Chief Judge Emily C. Hewitt.

ON MOTION

## ORDER

Upon consideration of the appellant's unopposed motion for leave to file one day out of time an unopposed motion for a sixty-day extension of time, until June 21, 2010, to file his opening brief,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

__APR 2 6 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Michael D.J. Eisenberg, Esq.
James P. Connor, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 6 2010

JAN HORBALY
CLERK